# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2007

133083

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PRESERVE THE DUNES, INC.,
       Plaintiff-Appellant,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
       Defendant-Appellee,
and

TECHNISAND, INC.,
       Intervening Defendant/Appellee.

SC: 133083
COA: 273932
Berrien CC: 06-002848-AA

_____/

On order of the Court, the application for leave to appeal the December 20, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, WEAVER, and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2007

_____
Clerk

t1114